THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
RONALD BRACE,

        Plaintiff,

    v.

CLASSIC ENVIRONMENTAL INC., AND
SCOTT WEVER AND GREGORY STREETER,
INDIVIDUALLY, AND AS EMPLOYEES OF
CLASSIC ENVIRONMENTAL, INC.,

        Defendants.
-----------------------------------------------------------------x

Civil Action No: 1:20-cv-1510 (FJS/ATB)

**STIPULATION OF DISCONTINUANCE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the above-captioned action, all claims in the above-captioned action, be, and the same hereby are, dismissed and discontinued, with prejudice without costs to any party as against the other.

    IT IS FURTHER CONSENTED AND AGREED that this stipulation may be filed with the Clerk of the Court without further notice to any party.

IT IS FURTHER CONSENTED AND AGREED that this stipulation may be executed in counterparts and electronic, facsimile, and/or photocopies of signatures shall have the same force and effect as original signatures.

Dated: July 22, 2021

Ryanne Konan, Esq.
*Attorneys for Plaintiff, Ronald Brace*
4 Marshall Road
Suite 107
Wappingers Falls, New York 12590

By: _____
Ryanne Konan, Esq.

Dated: ~~July~~ August 23, 2021

Rivkin Radler LLP
*Attorneys for Defendants Classic Environmental, Inc., and Scott Wever and Greg Streeter, individually and as employees of Classic Environmental, Inc.*
66 South Pearl Street, 11th Floor
Albany, NY 12207

By: /s/ *John F. Queenan*
John F. Queenan, Esq.

**IT IS SO ORDERED.**
August 24, 2021

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

2274250.v2